No. 216. MARGARET BREWSTER ET AL., PLAINTIFFS IN ERROR,
JOHN D. CAHILL ET AL. In error to the Supreme Court of

the State of Illinois. Submitted April 12, 1904. Decided April 18, 1904. ·Per Curiam. Dismissed for the want of jurisdiction *nunc pro tunc* as of April 7, 1904, on the authority of *Lehigh Water Company* v. *Easton,*. 121 U. S. 388; *Eustis* v. *Bolles,* 150 U. S. 361; *Central Land Company* v. *Laidley,* 159 U. S. 103, 112, and cases cited; *Chapin* v. *Fye,* 179 U. S. 127, 129; *New Orleans Waterworks Company* v. *Louisiana,* 185 U. S. 336. *Mr. Fred F. Beers* for plaintiffs in error. *Mr. Thomas N. Haskins* for defendants in error..